IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIM PHUONG TAYLOR, a/k/a Kim Taylor,

    Defendant.

No. CR23-4004-LTS

**VERDICT FORM**

As to defendant Kim Taylor, we, the Jury find as follows:

| COUNT 1: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 1** of the Indictment (Thien Doan Absentee Ballot Request for the Republican primary dated 5/20/2020; Gov Ex. 001) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 2: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE** | | **VERDICT** |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 2** of the Indictment (Tam Doan Voter Registration Form dated 5/20/2020; Gov Ex. 002) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

1

| COUNT 3: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 3** of the Indictment (Tam Doan Absentee Ballot Request for the Republican primary dated 5/20/2020; Gov Ex. 003) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 4: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 4** of the Indictment (Thien Doan Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 004) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 5: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 5** of the Indictment (Tam Doan Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 005) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 6: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 6** of the Indictment (Thien Doan Absentee Ballot Request for the general election dated 9/18/2020; Gov Ex. 006) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 7: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 7** of the Indictment (Tam Doan Absentee Ballot Request for the general election dated 9/19/2020; Gov Ex. 007) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| **COUNT 8: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE** | | **VERDICT** |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 8** of the Indictment (Thien Doan Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 008) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| **COUNT 9: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE** | | **VERDICT** |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 9** of the Indictment (Tam Doan Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 009) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| **COUNT 10: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE** | | **VERDICT** |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 10** of the Indictment (Nhat Pham Absentee Ballot Request for the Republican primary dated 5/21/2020; Gov Ex. 010) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |

| COUNT 11: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 11** of the Indictment (Minh Tan Pham Absentee Ballot Request for the Republican primary dated 5/21/2020; Gov Ex. 011) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| COUNT 12: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 12** of the Indictment (Mihn Tan Pham Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 012) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| COUNT 13: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 13** of the Indictment (Nhat Pham Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 013) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| COUNT 14: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 14** of the Indictment (Nhat Pham Absentee Ballot Request for the general election dated 9/18/2020; Gov Ex. 014) and explained in **Instruction 5**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |

| COUNT 15: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 15** of the Indictment (Minh Tan Pham Absentee Ballot Request for the general election dated 9/19/2020; Gov Ex. 015) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 16: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 16** of the Indictment (Yen Nguyen Voter Registration Form dated 4/18/2020; Gov Ex. 016) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 17: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 17** of the Indictment (Yen Nguyen Absentee Ballot Request for the Republican primary dated 4/18/2020; Gov Ex. 017) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 18: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 18** of the Indictment (Yen Nguyen Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 018) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 19: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 19** of the Indictment (Yen Nguyen Absentee Ballot Request for the general election dated 9/18/2020; Gov Ex. 019) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 20: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 20** of the Indictment (Nguyen Huynh Absentee Ballot Request for the Republican primary dated 6/2/2020; Gov Ex. 020) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 21: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 21** of the Indictment (Nguyen Huynh Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 021) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 22: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 22** of the Indictment (Anthony Luu Voter Registration Form dated 4/7/2020; Gov Ex. 022) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 23: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "false information in registering or voting" offense, charged in **Count 23** of the Indictment (Anthony Luu Voter Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 023) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 24: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 24** of the Indictment (Andy Luu Absentee Ballot Request for the general election dated 9/27/2020; Gov Ex. 024) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 25: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 25** of the Indictment (Anthony Luu Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 025) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| COUNT 26: THE ALLEGED "FALSE INFORMATION IN REGISTERING OR VOTING" OFFENSE | | VERDICT |
| Verdict | On the "false information in registering or voting" offense, charged in **Count 26** of the Indictment (Andy Luu Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 026) and explained in **Instruction 5**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 27: THE ALLEGED "FRAUDULENT REGISTRATION" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "fraudulent registration" offense, charged in **Count 27** of the Indictment (Anthony Luu Voter Registration Form dated 4/7/2020; Gov Ex. 022) and explained in **Instruction 6**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| COUNT 28: THE ALLEGED "FRAUDULENT REGISTRATION" OFFENSE | | VERDICT |
| Verdict | On the "fraudulent registration" offense, charged in **Count 28** of the Indictment (Yen Nguyen Voter Registration Form dated 4/18/2020; Gov Ex. 016) and explained in **Instruction 6**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| COUNT 29: THE ALLEGED "FRAUDULENT REGISTRATION" OFFENSE | | VERDICT |
| Verdict | On the "fraudulent registration" offense, charged in **Count 29** of the Indictment (Tam Doan Voter Registration Form dated 5/20/2020; Gov Ex. 002) and explained in **Instruction 6**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| COUNT 30: THE ALLEGED "FRAUDULENT VOTING" OFFENSE | | VERDICT |
| Verdict | On the "fraudulent voting" offense, charged in **Count 30** of the Indictment (Thien Doan Absentee Ballot Request for the Republican primary dated 5/20/2020; Gov Ex. 001) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |

| COUNT 31: | THE ALLEGED "FRAUDULENT VOTING" OFFENSE | VERDICT |
|---|---|---|
| Verdict | On the "fraudulent voting" offense, charged in **Count 31** of the Indictment (Tam Doan Absentee Ballot Request for the Republican primary dated 5/20/2020; Gov Ex. 003) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 32:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 32** of the Indictment (Thien Doan Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 004) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 33:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 33** of the Indictment (Tam Doan Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 005) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 34:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 34** of the Indictment (Thien Doan Absentee Ballot Request for the general election dated 9/18/2020; Gov Ex. 006) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| | | |
|---|---|---|
| **COUNT 35:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 35** of the Indictment (Tam Doan Absentee Ballot Request for the general election dated 9/19/2020; Gov Ex. 007) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| **COUNT 36:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 36** of the Indictment (Thien Doan Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 008) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| **COUNT 37:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 37** of the Indictment (Tam Doan Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 009) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |
| **COUNT 38:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 38** of the Indictment (Nhat Pham Absentee Ballot Request for the Republican primary dated 5/21/2020; Gov Ex. 010) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br>_X_ Guilty |

| COUNT 39: THE ALLEGED "FRAUDULENT VOTING" OFFENSE | | VERDICT |
|---|---|---|
| Verdict | On the "fraudulent voting" offense, charged in **Count 39** of the Indictment (Minh Tan Pham Absentee Ballot Request for the Republican primary dated 5/21/2020; Gov Ex. 011) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| COUNT 40: THE ALLEGED "FRAUDULENT VOTING" OFFENSE | | VERDICT |
| Verdict | On the "fraudulent voting" offense, charged in **Count 40** of the Indictment (Minh Tan Pham Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 012) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| COUNT 41: THE ALLEGED "FRAUDULENT VOTING" OFFENSE | | VERDICT |
| Verdict | On the "fraudulent voting" offense, charged in **Count 41** of the Indictment (Nhat Pham Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 013) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |
| COUNT 42: THE ALLEGED "FRAUDULENT VOTING" OFFENSE | | VERDICT |
| Verdict | On the "fraudulent voting" offense, charged in **Count 42** of the Indictment (Nhat Pham Absentee Ballot Request for the general election dated 9/18/2020; Gov Ex. 014) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br><br>_X_ Guilty |

| | | |
|---|---|---|
| **COUNT 43:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 43** of the Indictment (Minh Tan Pham Absentee Ballot Request for the general election dated 9/19/2020; Gov Ex. 015) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| **COUNT 44:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 44** of the Indictment (Yen Nguyen Absentee Ballot Request for the Republican primary dated 4/18/2020; Gov Ex. 017) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| **COUNT 45:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 45** of the Indictment (Yen Nguyen Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 018) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| **COUNT 46:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 46** of the Indictment (Yen Nguyen Absentee Ballot Request for the general election dated 9/18/2020; Gov Ex. 019) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |

| COUNT 47: | THE ALLEGED "FRAUDULENT VOTING" OFFENSE | VERDICT |
|---|---|---|
| Verdict | On the "fraudulent voting" offense, charged in **Count 47** of the Indictment (Nguyen Huynh Absentee Ballot Request for the Republican primary dated 6/2/2020; Gov Ex. 020) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 48:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 48** of the Indictment (Nguyen Huynh Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 021) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 49:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 49** of the Indictment (Anthony Luu Voter Absentee Ballot/Affidavit for the Republican primary dated 6/2/2020; Gov Ex. 023) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |
| **COUNT 50:** | **THE ALLEGED "FRAUDULENT VOTING" OFFENSE** | **VERDICT** |
| Verdict | On the "fraudulent voting" offense, charged in **Count 50** of the Indictment (Andy Luu Absentee Ballot Request for the general election dated 9/27/2020; Gov Ex. 024) and explained in **Instruction 7**, please mark your verdict. | ___ Not Guilty<br><br>_X_ Guilty |

| COUNT 51: | THE ALLEGED "FRAUDULENT VOTING" OFFENSE | VERDICT |
|---|---|---|
| Verdict | On the "fraudulent voting" offense, charged in **Count 51** of the Indictment (Andy Luu Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 026) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |
| COUNT 52: | THE ALLEGED "FRAUDULENT VOTING" OFFENSE | VERDICT |
| Verdict | On the "fraudulent voting" offense, charged in **Count 52** of the Indictment (Anthony Luu Absentee Ballot/Affidavit for the general election dated 11/3/2020; Gov Ex. 025) and explained in **Instruction 7**, please mark your verdict. | ___Not Guilty<br>_X_ Guilty |

| CERTIFICATION |
|---|
| By signing below, each juror certifies the following:<br>(1)  that consideration of the defendant's race, color, religious beliefs, national origin, or sex was not involved in reaching the juror's individual decision, *and*<br>(2)  that the individual juror would have returned the same verdict for or against the defendant on the charged offense regardless of the defendant's race, color, religious beliefs, national origin, or sex. |

11/21/2023
Date

/s/